IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )          Criminal Action No.
)          07-04051-01-CR-C-NKL
JASON VARNER, )
)
Defendant. )

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge William

Knox, to which no objection has been filed, the plea of guilty is now accepted.  Defendant is

adjudged guilty of such offense.   Sentencing will be set by subsequent order of the court.


 s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Kansas City, Missouri
August 14, 2008